IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:07CR199 |
| | ) | |
| v. | ) | |
| | ) | |
| HAROLD STULTS, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| | ) | |

     During an August 14, 2007, hearing on defendant Harold Stults' motion to suppress (Filing No. 24), defendant was allowed to supplement his motion and the government was given time to respond. Both parties were directed to state whether a supplemental evidentiary hearing would be necessary. Defendant filed his supplemental motion on August 24, 2007, and did not request a supplemental hearing (Filing No. 30). The government was granted additional time to respond (Filing No. 33) and did respond on September 20, 2007 (Filing No. 34). The government did not request a supplemental hearing.

     Accordingly, the clerk shall cause a transcript of the August 14, 2007 hearing to be prepared. Upon filing of the transcript, the motion to suppress (Filing No. 24) as supplemented (Filing No. 30) will be deemed submitted for determination.

     IT IS SO ORDERED.

     DATED this 21st day of September, 2007.

                                          BY THE COURT:

                                          s/ Thomas D. Thalken
                                          United States Magistrate Judge