IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 8:07CR199 |
| Plaintiff, | ) | **ORDER TO DESTROY** |
| vs. | ) | |
| HAORLD STULTS, | ) | |
| Defendant. | ) | |

Counsel for the plaintiff notified the court on December 1, 2023, that counsel wishes the following exhibit held by the court in this matter to be destroyed.

Plaintiff's Exhibit #1 from detention hearing held 9/1/2022

Pursuant NECivR 79.1(f) or NECrimR 55.1(g), if counsel fails to show cause why the exhibit should not be destroyed, the clerk's office is directed to destroy the above-listed exhibit 14 days from the date of this order.

IT IS SO ORDERED.

DATED: December 1, 2023

BY THE COURT

s/ Joseph F. Bataillon
Senior United States District Judge

Exhibits-Order_to_Destroy.docx
Approved 12/17/15